UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 9:23-PO-05076-KLD |
| --- | --- |
| Plaintiff, | Violation: F02s0020 |
| vs. | Location Code: M10 |
| RILEY S. RIFFLE | JUDGMENT IN A CRIMINAL CASE |
| Defendant. | |

On December 7, 2023, Defendant Riley Riffle appeared before the Court and entered a plea of no contest to the charge of cutting or otherwise damaging any timber, tree or other forest product except as authorized by special use authorization in violation of 36 C.F.R. 261.6(a).

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

Defendant must pay a fine in the amount of $150, restitution to the Forest Service in the amount of $294.73, plus a $10 Special Assessment and $ 30 Processing Fee, for a total amount due of $484.73. The fine and restitution have been paid in full, receipt number 900018341.

The Clerk of Court is directed to disburse the $294.73 in restitution to:

> USDA Forest Service
> Albuquerque Serv Ctr
> Claims
> 101B Sun Ave. NE
> Albuquerque, NM 87109

In addition, as agreed by Defendant, he shall return the timber to the United

States Forest Service.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

DATED this 7th day of December, 2023.

Kathleen L. DeSoto
United States Magistrate Judge